# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AMERICAN ALTERNATIVE INSURANCE CORPORATION,** | } } } |
| Plaintiff, | } } |
| v. | **Case No. 2:19-CV-00564-CLM** |
| **SLOCUMB LAW FIRM, LLC; MICHAEL W. SLOCUMB; and LAMEICE JANICE ROSE FLANNIGAN, as Executor of the Estate of Jimmie Nickerson,** | } } } } } } |
| Defendants. | } |

## ORDER OF DISMISSAL

The Court, having been advised that a settlement has been reached, **DISMISSES this case WITHOUT PREJUDICE**. The court retains jurisdiction of this action to reinstate the case, if any party represents to the court **on or before February 17, 2020** that final settlement documentation could not be completed. The parties may request additional time to file dismissal documents if necessary. All pending deadlines and settings in this case are cancelled.

DONE and ORDERED this 16th day of December, 2019.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE