IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, ) ) ) Plaintiff, ) ) VS. ) ) SLOCUMB LAW FIRM, LLC; ) MICHAEL W. SLOCUMB; and ) LAMIECE JANICE ROSE FLANNIGAN,) as Executor of the Estate of Jimmie ) Nickerson, ) ) Defendants. ) | CIVIL ACTION NO: 2:19-CV-00564-CLM |

## JOINT STIPULATION OF DISMISSAL

COME NOW the undersigned counsel for the Parties and hereby jointly stipulate that this action may be dismissed, including all counterclaims, with prejudice, each party to bear its own costs.

Respectfully submitted,

*/s/ Connie Ray Stockham*
Connie Ray Stockham (ASB-6238-K69C)
Hannah Mebane Thrasher (ASB-4334-H58M)
Attorneys for Plaintiff American Alternative Insurance Corporation and Counterclaim Defendant American Alternative Insurance Corporation

1

OF COUNSEL:
**STOCKHAM, COOPER & POTTS, P.C.**
1111 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
cstockham@scplaw.net
hthrasher@scplaw.net

_____
Scott M. Speagle
Attorney for Defendants Slocumb Law Firm, LLC
and Michael W. Slocumb and Counterclaim
Plaintiff Slocumb Law Firm, LLC


OF COUNSEL:
**WEBSTER, HENRY, BRADWELL, COHAN,
SPEAGLE & DESHAZO, P.C.**
Post Office Box 239
Montgomery, Alabama 36101-0116
scott@websterhenry.com

_____
Frankie E. Lee
Attorney for Defendant
Lamiece Janice Rose Flannigan

OF COUNSEL:
**LEE & ASSOCIATES**
2730 Ensley Avenue
Birmingham, AL 35218
flee885626@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, I served the foregoing by filing with CM/ECF, which will send notification to the following:

Scott M. Speagle
Webster Henry Bradwell Cohan Speagle & Deshazo, PC
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
scott@websterhenry.com

Frankie E. Lee
Lee & Associates
2730 Ensley Avenue
Birmingham, AL 35218
flee885626@aol.com

OF COUNSEL